IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICK TOMASELLO et al., | : | |
|    Plaintiffs | : | No. 1:25-cv-02127 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| | : | |
| BERMUDIAN SPRINGS AREA SCHOOL DISTRICT, | : | |
| | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, on this 20th day of November 2025, pursuant to 28 U.S.C. § 455(a), **IT IS ORDERED THAT** the undersigned shall be recused from the above-captioned action. **IT IS FURTHER ORDERED THAT** the Clerk of Court shall reassign the case to another judge.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania