

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

CHAMBERS OF

CHIEF JUDGE MICHAEL A. CHAGARES

FRANK R. LAUTENBERG
POST OFFICE AND COURTHOUSE
2 FEDERAL SQUARE, ROOM 357
NEWARK, NJ 07102
Chief_Judge_Michael_Chagares@ca3.uscourts.gov
(973) 368-6486

November 25, 2025
(via email)

Honorable Gerald A. McHugh
U.S. District Court for the
Eastern District of Pennsylvania
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:  Intracircuit Assignment
           Nick Tomasello, et al. v. Bermudian Springs Area School District
           M.D. Pa. Civil Action No. 1:25-cv-02127

Dear Jerry:

I have approved the attached intracircuit assignment in the above-referenced action. By copy of this letter, I ask that the Clerk of Court for the Middle District of Pennsylvania docket the enclosed designation Order. Thank you for your willingness to accept this assignment.

Sincerely,

Michael A. Chagares
Chief Judge

MAC/sd

cc:    Honorable Matthew W. Brann
       Honorable Wendy Beetlestone
       Peter J. Welsh, Clerk of Court
       George V. Wylesol, Clerk of Court
       Margaret A. Wiegand, Circuit Executive