IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Nick Tomasello** | : | |
| *individually and as administrators of estate* | : | |
| *of Jonathan M. Tomasello, deceased,* | : | |
| **ET AL.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-2127** |
| | : | |
| **Bermudian Springs Area School District** | : | |

## ORDER

This 4th day of February, 2026, Plaintiffs having filed an Amended Complaint, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 9) is **DENIED** as **MOOT**.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge