**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICK TOMASELLO, *et al.*** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-2127** |
| | : | |
| **BERMUDIAN SPRINGS** | : | |
| **AREA SCHOOL DISTRICT** | : | |

**ORDER**

This 30th day of September, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss the First Amended Complaint, ECF 17, is **GRANTED.** This action is dismissed with prejudice.

/s/ Gerald Austin McHugh
United States District Judge