**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICK TOMASELLO AND NATALIE TOMASELLO, INDIVIDUALLY AND AS ADMINISTRATORS OF ESTATE OF JONATHAN M. TOMASELLO, DECEASED | : | |
| *Plaintiffs* | : | Civil Action No. 1:25-cv-02127 |
| v. | : | |
| | : | |
| BERMUDIAN SPRINGS AREA SCHOOL DISTRICT, | : | JURY TRIAL DEMANDED |
| *Defendant* | : | |

# **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Nick Tomasello and Natalie Tomasello hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's Opinion (ECF No. 27) and Order (ECF No. 28) entered in this action on September 30, 2026 granting Defendant's Motion to Dismiss.

Respectfully submitted,

SUMMERS NAGY LAW OFFICES

*/s/Sean E. Summers*
By: ____________________________
Sean E. Summers, PA I.D. 92141
35 South Duke Street
York, PA 17401
(717) 812-8100 | Fax: (717) 812-8108
E-Mail: ssummers@summersnagy.com
*Counsel for Plaintiffs*

Dated: October 1, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICK TOMASELLO AND NATALIE TOMASELLO, INDIVIDUALLY AND AS ADMINISTRATORS OF ESTATE OF JONATHAN M. TOMASELLO, DECEASED | : | |
| *Plaintiffs* | : | Civil Action No. 1:25-cv-02127 |
| v. | : | |
| BERMUDIAN SPRINGS AREA SCHOOL DISTRICT, | : | JURY TRIAL DEMANDED |
| *Defendant* | : | |

**CERTIFICATE OF SERVICE**

I, Sean E. Summers, Esq., hereby certify that on this day a true and correct copy of the foregoing Notice of Appeal was served upon the following parties via Case Management System/Electronic Filing System:

Gregory W. Bair, II, Esq.
Christopher C. Conner, Esq.
Saxton & Stump, LLC
221 W. Philadelphia Street, Suite 600
York, PA 17401-2994
*Counsel for Defendant*

SUMMERS NAGY LAW OFFICES

By: */s/Sean E. Summers*
Sean E. Summers, PA I.D. 92141
35 South Duke Street
York, PA 17401
(717) 812-8100 | Fax: (717) 812-8108
E-Mail: ssummers@summersnagy.com
*Counsel for Plaintiffs*

Dated: October 1, 2026